# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DANA W. MCMAHON & SANDI L. MCMAHON  Case Number: 04-73700
739 CARLSON STREET  SSN-xxx-xx-7177 & xxx-xx-4601
SYCAMORE, IL  60178

Case filed on: 7/23/2004
Plan Confirmed on: 10/15/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $28,560.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD G LARSEN | 1,394.00 | 1,394.00 | 1,394.00 | 0.00 |
|  | Total Legal | 1,394.00 | 1,394.00 | 1,394.00 | 0.00 |
| 999 | DANA W. MCMAHON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | THE NATIONAL BANK & TRUST CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | THE NATIONAL BANK & TRUST CO. | 4,046.00 | 4,046.00 | 4,046.00 | 231.24 |
|  | Total Secured | 4,046.00 | 4,046.00 | 4,046.00 | 231.24 |
| 002 | THE NATIONAL BANK & TRUST CO. | 337.73 | 337.73 | 159.40 | 0.00 |
| 003 | LVNV FUNDING LLC | 6,416.32 | 6,416.32 | 3,028.12 | 0.00 |
| 004 | CAPITAL ONE | 3,399.87 | 3,399.87 | 1,604.54 | 0.00 |
| 005 | NATIONAL ACTION FINANCIAL SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 1,733.89 | 1,733.89 | 818.29 | 0.00 |
| 007 | RESURGENT CAPITAL SERVICES | 6,925.46 | 6,925.46 | 3,268.41 | 0.00 |
| 008 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PORTFOLIO RECOVERY ASSOCIATES | 11,355.79 | 11,355.79 | 5,359.26 | 0.00 |
| 010 | FIFTH THIRD BANK | 1,612.06 | 1,612.06 | 760.80 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 7,249.42 | 7,249.42 | 3,421.30 | 0.00 |
| 012 | WORLD FINANCIAL NETWORK NATIONAL BANK | 351.99 | 351.99 | 166.12 | 0.00 |
| 013 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORP. | 546.21 | 546.21 | 257.78 | 0.00 |
| 015 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RESURGENT CAPITAL SERVICES | 4,499.14 | 4,499.14 | 2,123.33 | 0.00 |
| 017 | WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 44,427.88 | 44,427.88 | 20,967.35 | 0.00 |
|  | Grand Total: | 49,867.88 | 49,867.88 | 26,407.35 | 231.24 |

Total Paid Claimant:    $26,638.59
Trustee Allowance:      $1,921.41
Percent Paid Unsecured:    47.19

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008        By  /s/Heather M. Fagan